# United States District Court

**NORTHERN** _____ DISTRICT OF _____ **CALIFORNIA**

RECEIVED
MAR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

United States of America

v.

Christopher Adam Newman

}

Criminal No.    CR-06-0119 MMC

3:06 - CR - 00024 JWS

Consent to Transfer of Case

for Plea and Sentence

_(Under Rule 20)_

I, _____ Christopher Adam Newman _____ , defendant, have been informed that a _____ information _____ ( _indictment,_

_information,    complaint_ ) is pending against me in the above designated cause. I wish to plead _____ guilty _____

( _guilty,    nolo contendere_ ) to the offense charged, to consent to the disposition of the case in the _____

District of _____ Alaska _____ in which I _____ am present _____ ( _am under arrest,    am held,    am present_ )

and to waive trial in the above captioned District.

Dated:  3/3/06 _____ at  Anchorage, Alaska

Christopher Adam Newman  x _____
_(Defendant)_

_(Witness)_ Michael Dieni    (amicus)

_(Counsel for Defendant)_

Approved

KEVIN V. RYAN
United States Attorney for the

_____
United States Attorney for the

NORTHERN _____ District of

CALIFORNIA

Alaska

District of

By: _____
Dennis Michael Nerney
Assistant U.S. Attorney

FORM USA-153
SEP.82

Copy