## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  CHRISTOPHER ADAM NEWMAN  </u>

THE HONORABLE JOHN W. SEDWICK

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO. <u>  3:06-cr-00024-JWS  </u>

<u>  Pam Richter  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: March 6, 2006

      By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable H. Russel Holland for all further proceedings.  Please use the following case number on all future filings: 3:06-cr-00024-HRH.

[]{IQ1.WPD*Rev.12/96}