# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

　UNITED STATES OF AMERICA　 v. 　CHRISTOPHER ADAM NEWMAN　

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                    CASE NO. 　3:06-cr-00024-HRH　

　Pam Richter　

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 6, 2006

　　　　Arraignment on the above-referenced defendant is hereby scheduled to commence at 9:00 a.m. on Wednesday, March 8, 2006, before the Honorable H. Russel Holland.

[]{IA.WPD*Rev.12/96}