```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __CHRISTOPHER ADAM NEWMAN__   CASE NO. __3:06-cr-00024-HRH__
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE: _____H. RUSSEL HOLLAND_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____KEVIN FELDIS_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI - APPOINTED_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: ARRAIGNMENT ON INFORMATION HELD 3/8/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

_X_ Copy of Information given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: _same as above_     Age: _40_

_X_ Waiver of Indictment **FILED.**

_X_ Financial Affidavit **FILED.**
   _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Waiver of Rule 40 Hearing **FILED.**

_X_ Bond set at _Own Recognizance_; Personal Recognizance Order **FILED.**

_X_ Order Setting Conditions of Release **FILED.**

_X_ OTHER: _Court and counsel heard re plea agreement. Counsel to schedule continued arraignment/entry of plea._

At 9:21 a.m. court adjourned.


DATE: __March 8, 2006__        DEPUTY CLERK'S INITIALS: __Rc__