AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Alaska__

UNITED STATES OF AMERICA

V.

__Christopher Adam Newman__

**WAIVER OF INDICTMENT**

CASE NUMBER: __3:06-cr-00024-HRH__

I, __Chris Newman__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/8/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

X _____[signature]_____
   _Defendant_

X _____[signature]_____
   _Counsel for Defendant_

Before   REDACTED SIGNATURE
__H. Russel Holland, U.S. District Judge__