Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>        Defendant. | Case No. 3:06-cr-0024-HRH<br><br>MOTION FOR GUILTY PLEA HEARING |

Defendant, Christopher Adam Newman, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a guilty plea pursuant to a plea agreement.  The plea agreement, executed by all of the parties, is being filed concurrently herewith.

///

///

///

///

///

DATED this 23rd day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 23, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Kevin Feldis, Esq.

/s/ Michael D. Dieni