UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>               Defendant. | Case No. 3:06-cr-0024-HRH<br><br>PROPOSED<br>ORDER SCHEDULING HEARING |

After due consideration of defendant's Motion for Guilty Plea Hearing, the motion is GRANTED. A guilty plea hearing is hereby scheduled for _____, 2006, at _____ a.m./p.m.

DATED this \_\_\_\_ day of _____, 2006 in Anchorage, Alaska.

_____
H. Russel Holland
United States District Court Judge