UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0024-HRH<br><br><br>ORDER SCHEDULING HEARING |

After due consideration of defendant's Motion for Guilty Plea Hearing, the motion is GRANTED. A guilty plea hearing is hereby scheduled for **April 17**, 2006, at **9:00** a.m./~~p.m.~~

DATED this **10** day of **April**, 2006 in Anchorage, Alaska.

**REDACTED SIGNATURE**

H. Russel Holland
United States District Court Judge