Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>        Defendant. | Case No. 3:06-cr-0024-HRH<br><br>NON-OPPOSED MOTION TO RESCHEDULE SENTENCING |

Defendant, Christopher Adam Newman, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order resetting the sentencing date and/or time.  Counsel for Mr. Newman has a scheduling conflict.  He has a sentencing hearing in another case already set for 9:00 a.m. on June 28.  The hearing in the other case should require no more than two hours.  Otherwise, counsel's schedule on June 28 is open.

Undersigned counsel has conferred with Assistant United States Attorney Kevin Feldis and he has no opposition to rescheduling Mr. Newman's sentencing hearing.

DATED this 18th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

<u>Certification</u>:

I certify that on April 18, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Kevin Feldis, Esq.

/s/ Michael D. Dieni