UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>        Defendant. | Case No. 3:06-cr-0024-HRH<br><br>PROPOSED ORDER<br>RESCHEDULING SENTENCING |

      After due consideration of defendant's Non-Opposed Motion to Reschedule Sentencing Date or Time, the court GRANTS/DENIES the motion. The sentencing in this matter currently set for 9:00 a.m. on June 28, 2006, is hereby rescheduled for _____ a.m./p.m. on _____, 2006.

      DATED this \_\_\_\_ day of _____, 2006 in Anchorage, Alaska.

                                                    _____
                                                          H. Russel Holland
                                         United States District Court Judge