IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )
     vs.                         )
                                 )
CHRISTOPHER ADAM NEWMAN,         )
                                 )    No. 3:06cr0024-HRH
              Defendant.         )
_____)
```

O R D E R

Motion to Reschedule Sentencing

After due consideration of defendant's non-opposed motion to reschedule sentencing, the court GRANTS the motion. The sentencing in this matter currently set for 9:00 a.m. on June 28, 2006, is hereby rescheduled for 11:00 a.m on June 28, 2006.

DATED at Anchorage, Alaska, this 19th day of April, 2006.

s/ H. Russel Holland
United States District Judge

- 1 -