Case 3:06-cr-00024-HRH   Document 2   Filed 03/03/2006   Page 1 of 1

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

RECEIVED MAR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

United States of America

v.

Christopher Adam Newman

Criminal No. CR-06-0119 MMC

3:06-CR-00024 JWS

MAY 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, __Christopher Adam Newman__, defendant, have been informed that a __information__ ( indictment, information, complaint ) is pending against me in the above designated cause. I wish to plead __guilty__ ( guilty, nolo contendre ) to the offense charged, to consent to the disposition of the case in the ____

District of __Alaska__ in which I __am present__ ( am under arrest, am held, am present) and to waive trial in the above captioned District.

Dated: 3/3/06   at Anchorage, Alaska

Christopher Adam Newman X _____
(Defendant)

_____ (amicus)
(Witness) Michael Dieni

_____
(Counsel for Defendant)

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Date 5/12/06
Deputy Clerk

Approved

_____
KEVIN V. RYAN
United States Attorney for the
**NORTHERN** District of
**CALIFORNIA**
By: __Dennis Michael Nerney__
Assistant U.S. Attorney

_____
United States Attorney for the
_____ District of
Alaska

FORM USA-153
SEP.82

Copy