**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 12, 2006

United States District Court
District of Alaska
222 W. 7th Avenue, #4
Anchorage, AK 99513

RECEIVED
MAY 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Our Case Number: CR 06-119 MMC
Your Case Number: 3:06-cr-24 JWS

Case Title:  US -v- Christopher Adam Newman

Dear Clerk:

    Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith are:

  (X)    Certified copy of the docket entries;

  (X)    Certified copy of the Indictment/Information;

  (X)    Certified copy of the Consent to Transfer

    Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Valerie Kyono
Deputy Clerk

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

o:\mrg\crim\r20.out

Rev 11/95