1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR. No. 06 0119 |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 922(b)(3) – Sale of Firearm to Out-of-State Resident |
| v. | ) | 18 U.S.C. § 922(b)(5) – Sale of Firearm Without Proper Record-keeping |
| CHRISTOPHER ADAM NEWMAN, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 922(b)(3))

On or about March 6, 2001, in the Northern District of California and elsewhere, the defendant,

CHRISTOPHER ADAM NEWMAN,

being a licensed federal firearms dealer, willfully did sell and deliver to Shane Miller, a 9mm Beretta semi-automatic pistol, Serial Number Y2K0452, knowing and having reasonable cause to believe, that Shane Miller, at the time of the sale and delivery of such firearm, did not reside in the State in which the licensee's place of business was located, in violation of Title 18 United

INFORMATION

1  States Code Section 922(b)(3).

2  COUNT TWO: (18 U.S.C. § 922(b)(5))

3      On or about March 6, 2001, in the Northern District of California, the defendant,

4                          CHRISTOPHER ADAM NEWMAN,

5  being a licensed federal firearms dealer, did sell and deliver to Shane Miller, a 9mm Beretta

6  semi-automatic pistol, Serial Number Y2K0452, without noting in the records required by law,

7  the name, age, and place of residence of the person to whom he sold and delivered such firearm,

8  in violation of Title 18 United States Code Section 922(b)(5).

10  DATED: February 24, 2006        KEVIN V. RYAN
                                            United States Attorney

                                            JONATHAN SCHMIDT
                                            Deputy Chief, Major Crimes Section

16  (Approved as to form(       )
                    AUSA NERNEY

INFORMATION                      2