AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
Count 1: 18 U.S.C. Sec. 922(b)(3) - Sale of firearm to out-of-state resident
Count 2: 18 U.S.C. Sec. 922(b)(5) - Sale of firearm without proper record-keeping

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Counts 1 and 2. 5 years imprisonment, 3 years supervised release, $250,000 fine and $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 24 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
► CHRISTOPHER ADAM NEWMAN

**DISTRICT COURT NUMBER**
CR 06 0119 MMC

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Alcohol, Tobacco & Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►
MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Dennis Michael Nerney

**DEFENDANT**
**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ► Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year

☐ This report amends AO 257 previously submitted

--- **ADDITIONAL INFORMATION OR COMMENTS** ---

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
Defendant will appear in the District of Alaska on Rule 20 F.R.Crim.P.

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

[Certification stamp: I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office. ATTEST: RICHARD W. WIEKING Clerk, U.S. District Court Northern District of California By Deputy Clerk]