CLOSED, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-00119-MMC-ALL
### Internal Use Only

Case title: USA v. Newman                                  Date Filed: 02/24/2006

Assigned to: Hon. Maxine M. Chesney

**Defendant**

**Christopher Adam Newman** (1)
*TERMINATED: 05/12/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(b)(3) sale of a firearm to out-of-state resident (1) | |
| 18:922(b)(5) sale of firearm without proper record keeping (2) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by **Dennis Michael Nerney**
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

415-436-7251  
Fax: 415-436-7234  
Email: michael.nerney@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2006 | 1 | INFORMATION as to Christopher Adam Newman (1) count(s) 1, 2. (vlk, COURT STAFF) (Filed on 2/24/2006) (Entered: 02/24/2006) |
| 05/12/2006 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Alaska Counts closed as to Christopher Adam Newman (1) Count 1,2. Certified copy of indictment, consent to transfer and docket entries sent to District of Alaska, Anchorage. (vlk, COURT STAFF) (Filed on 5/12/2006) (Entered: 05/12/2006) |