To: The United States District Court District of Alaska and The honorable Judge H. Russel Holland.
From: Christopher A Newman

I am 41 years old and have worked since the time I was 11 years old. I had a good upbringing and feel my parents raised me right. I feel I am a productive member of society. I am not a violent nor habitual criminal. Since my time in Alaska I have been employed constantly. I have been here since Sept. 12th 2001. I have been cooperative with the authorities involved in this case since day one. I left California to have a fresh start and feel I have found a good place to live and continue my life.

My parents are both in their mid 70's. My mother has heart problems and my father has 15% lung capacity left and has been on oxygen for the last year. My situation is hard on them and I'd feel that much worse if something happened to either of them while I'm incarcerated. Thru various legal fees and previous lawyers they have lost all their life savings to help me out.

Allow me to tell about my daughter, LaTasha. She is 16 years old and still very naive. She trusts everybody. She still lives in California with her mother. Her mother spends almost every night at her boyfriends Leaving LaTasha and her half brothers (age 13) alone with no supervision. I'm worried about my little girl. Her mother has allowed her to date men as old as 28. LaTasha is at an age where she wants to go out and have fun. She recently was here in Alaska with me to spend time with me before I'm incarcerated. She told me, in tears, how she went to a party in California a few months ago where she was drinking. The last thing she remembers was talking to her friend. A few days later the guys who's house she was at told their friends they had sex with her. She doesn't know if this happened or not. These same guys were recently arrested for rape & torture of a young. They tied her naked to a tree overnight & then gang raped the girl to settle a drug debt. This happened in Whitethorne, California. These are the kinds of people LaTasha's mother lets her hang out with. Since her mother is never around and lets her do whatever she wants I'm afraid something like this may happen to my daughter.. The sooner I get my ordeal over with the sooner she can come live with me. There is nothing good for her in Humboldt County.

As a convicted felon I have lost my right to my favorite hobby, target shooting and reloading. I will never be able to go hunting or protect my family again. I realize I have violated the law and am willing to accept my punishment. I have a good job and have made a good life here and hope to continue it with my daughter here as soon as possible.

Sincerely, Chris A. Newman

Exhibit A
Page 1 of 1