To: Who Matters of This Concern,

My father Christopher Adam Newman means everything in the world to me. When I found out about 1½ yrs. ago that he was getting taken away from me, it broke my heart.

My name is Latasha. I am 16 years of age and almost graduated from high school. I live in Fortuna, CA and all that the county I live in (Humboldt County) has to do with is, Marajauna. If people dont smoke it, they sell it. If they dont sell it, they grow it to smoke.

My father is a sweet, kind, and loving person towards me. I am the only thing in his life and I dont want to see that get thrown away like a piece of trash, only because the kind of father/daughter relationship/friendship that we have, is certainly not ➡

trash.
Anyways, people in Fortuna are rude in every possible way and overall, I hate California.
I want to be with my dad, in Alaska as soon as can be.
So, Please, try to help me, and figure out a way that I can be with him sooner than 1 year from now.

Thank You!

— LaTasha