# Mr. Lube

721 Westpoint Dr.
Wasilla, Alaska 99654
373-4645

June 7, 2006

To Whom It May Concern:

This letter is in regards to the character our current employee, Mr. Chris Newman.

Chris has been employed with Mr. Lube since April 4, 2004. During his employment with us he has proved to be as asset to the company as the lead tire technician.

Chris averages fifty hours per week. He is always on time and does an excellent job as crew supervisor.

He works well independently in unsupervised situations, and also works well with his co-workers.

Chris continually proves himself to be a hardworking, honest and dependable employee.

Once again, I would like to say that we appreciate the job that Chris does for us here at Mr. Lube, and would like to see him continue his employment with us.

Please feel free to call me if you have further questions regarding this matter.

Thank you,

*Andy George*

Andy George
Owner/Operator
Mr. Lube, Inc.

Exhibit C
Page 1 of 1