DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,              )<br>                              )<br>  vs.                         )<br>                              )<br>CHRISTOPHER ADAM NEWMAN,      )<br>                              )<br>        Defendant.            )<br>_____) | No. 3:06-cr-00024-HRH<br><br><br><br>**GOVERNMENT'S<br>SENTENCING<br>MEMORANDUM** |

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, CHRISTOPHER ADAM NEWMAN, who is scheduled to be sentenced on June 28, 2006.  For the reasons provided below, the government concurs with the

recommendations made by the final presentence report and, pursuant to the Rule 11(c)(1)(C) plea agreement, recommends a sentence of **1 year and 1 day.**

I.   BACKGROUND

On April 17, 2006, the defendant pled guilty to counts 1 and 2 of the Information charging Mr. Newman with sale of a firearm to an out-of-state resident and sale of a firearm without proper record-keeping. Pursuant to the plea agreement, Mr. Newman has admitted delivering a 9mm Beretta semiautomatic handgun to Shane Miller without requiring Mr. Miller to fill out an ATF Form 4473 to record the transaction, and did not enter the details of the transfer of the firearm in the Acquisition and Disposition Book. Mr. Newman failed to cause an inquiry to be made with the National Instant Criminal Background Check to see if Mr. Miller was disqualified from acquiring the firearm. Mr. Newman further knew, as a licensed firearms dealer, that he was acting in violation of federal law by selling the firearm to Mr. Miller, a non-resident of the state of Oregon.

II.   SENTENCING CALCULATION

    A.   Statutory Maximum Sentence

The maximum sentence that may be imposed on defendant is five (5) years imprisonment, a $250,000 fine, three (3) years supervised release and a $100 special assessment.

      B.    <u>Sentencing Guidelines Calculation</u>

As noted in the Presentence Report ("PSR"), neither the defendant nor the United States has submitted any objections to the PSR. The defendant's total offense level calculated in the PSR is **12** with a criminal history category of **I**, resulting in an advisory sentencing range of **10-16 months**. The sentence agreed to in the plea agreement, 12 months and 1 day, falls within the sentencing range contemplated by the sentencing guidelines.

III.    <u>GOVERNMENT'S SENTENCING RECOMMENDATION</u>

The government recommends, pursuant to the Rule 11(c)(1)(C) plea agreement that the court impose a sentence of 1 year and 1 day. With an offense level of **12** and a criminal history category of **I**, the defendant's contemplated sentence falls within the sentencing range of **10-16 months**. The 12 month 1 day sentence, a sentence within the guideline range, is presumptively reasonable and accommodates the Congressional purpose, affirmed by the Supreme Court, of obtaining fair sentences which are uniform to the extent possible. Further, such a

sentence would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

Based on the foregoing, therefore, the government recommends that the defendant be sentenced as follows:

(1) **12 months and 1 day in custody**;

(2) **A three (3) year period of supervised release,** and

(3) **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this 22nd day of June, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2006, a copy of the foregoing Government's Sentencing Memorandum was served electronically on Michael D. Dieni.

s/ David A. Nesbett