NELSON P. COHEN
United States Attorney

AUDREY RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-00024-HRH-JDR |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE TO THE COURT |
| vs. | ) |
| CHRISTOPHER NEWMAN, | ) |
| Defendant. | ) |

NOTICE TO THE COURT

In order to assist the court in the assignment of this action, I certify to the best of my knowledge that investigation and/or prosecution of this action:

    \_\_\_\_\_  Occurred during the time when the Honorable Deborah M. Smith was the First Assistant U.S. Attorney (March, 2002 - December, 2006) and Acting United States Attorney for the District of Alaska. (January, 2006 - August, 2006); or

    X    Did not occur during the time when the Honorable Deborah M. Smith was the First Assistant U.S. Attorney (March, 2002 - December, 2006) and Acting United States Attorney for the District of Alaska. (January, 2006 - August, 2006).

RESPECTFULLY SUBMITTED this 12th day of February, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Audrey J. Renschen
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov