NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
Bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-00024-HRH-JDR |
| Plaintiff, | ) |
| vs. | ) |
| CHRISTOPHER NEWMAN, | ) |
| Defendant. | ) |

AMENDED NOTICE TO THE COURT

In order to assist the court in the assignment of this action, I certify to the best of my knowledge that investigation and/or prosecution of this action:

    _____  Occurred during the time when the Honorable Deborah M. Smith was the First Assistant U.S. Attorney (March, 2002 - December, 2006) and Acting United States Attorney for the District of Alaska. (January, 2006 - August, 2006); or

    X    Did not occur during the time when the Honorable Deborah M. Smith was the First Assistant U.S. Attorney (March, 2002 - December, 2006) and Acting United States Attorney for the District of Alaska. (January, 2006 - August, 2006).

RESPECTFULLY SUBMITTED this 12th day of February, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Bryan Schroder
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Rm. C-253
        Anchorage, AK  99513-7567
        Phone: (907) 271-5071
        email: bryan.schroder@usdoj.gov