```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. CHRISTOPHER ADAM NEWMAN   CASE NO. 3:06-CR-00024-HRH
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: ALEXIS GUTIERREZ / CAROLINE EDMISTON

UNITED STATES' ATTORNEY: AUDRY RENSCHEN

DEFENDANT'S ATTORNEY: KEVIN MCCOY FOR MICHAEL DIENI /APPOINTED

U.S.P.O.: BETH MADER

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 26) HELD FEBRUARY 13, 2008:

--------------------------------------------------

At 2:36 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant stated true name: SAME AS ABOVE

_X_ Defendant advised of general rights.

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations 1 and 2 of the Petition to Revoke Supervised Release (DKT 26).

_X_ Consent to be filed by the close of business on **2/19/2008** or matter shall be transferred to a U.S. District Judge.

_X_ Order of Detention Pending Trial **FILED.**

_x_ OTHER: Court and counsel heard re Plaintiff's Oral Motion to Amend Allegation Dates on the Petition to Revoke Supervised Release (DKT 26) from February 2, 2008 to February 7, 2008; **GRANTED**.

_x_ Defendant's detention continued.

At 2:49 p.m. court adjourned.


DATE: FEBRUARY 13, 2008    DEPUTY CLERK'S INITIALS: AXG

Revised 6-18-07