✎AO 442    (Rev. 05/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

Christopher Adam Newman

**WARRANT FOR ARREST**

Case Number:   3:06-CR-00024-HRH

ORIGINAL
RECEIVED
FEB 20 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Christopher Adam Newman _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release   ☐ Probation   ☒ Supervised Release   ☐ Violation Notice
  Violation Petition     Violation Petition     Violation

charging him or her with   (brief description of offense)

Possession of dangerous weapon and new law violation.

in violation of Title _____ United States Code, Section(s) _____

J. W. Sedwick
H. Russel Holland                                    **Signature Redacted**
_____                    _____
Name of Issuing Officer                        Signature of Issuing Officer

~~Senior~~ U.S. District Court Judge                        Anchorage
_____                    _____
Title of Issuing Officer                        Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |
| ARRESTED AT U.S. PROBATION OFFICE |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-11-08 | TROY MEEKS DUSM | BY |
| DATE OF ARREST 2-12-08 | | S.DUSM |