**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   CHRISTOPHER ADAM NEWMAN 

THE HONORABLE H. RUSSEL HOLLAND

Deputy Clerk                                      CASE NO.  3:06-cr-00024-HRH 

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 22, 2008

      An evidentiary hearing on the petition to revoke supervised release (dkt 26) is hereby scheduled to commence Wednesday, February 27, 2008, at 9:00 a.m., before the Honorable H. Russel Holland.

[]{IA.WPD*Rev.12/96}