NELSON P. COHEN
United States Attorney

AUDREY RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00024-HRH-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>NOTICE OF ATTORNEY</u> |
| | ) | <u>APPEARANCE</u> |
| CHRISTOPHER NEWMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Audrey Renschen now appears as counsel for the for United States of America in the above-entitled action.  All future correspondence in this matter should be sent to:

AUDREY RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
audrey.renschen@usdoj.gov

      In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on USA Bryan Schroder now that the undersigned is appearing as counsel in this case.

      RESPECTFULLY SUBMITTED this <u>22nd</u> day of February, 2008 at Anchorage, Alaska

      NELSON P. COHEN
United States Attorney

<u>s/Audrey J. Renschen</u>
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: <u>audrey.renschen@usdoj.gov</u>

**CERTIFICATE OF SERVICE**
I hereby certify that on February 22, 2008 a copy of the foregoing, was served, via Electronic Filing, on:
Michael Dieni

<u>s/Audrey J. Renschen</u>