Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>               Defendant. | Case No. 3:06-cr-00024-HRH<br><br>**NON-OPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING RE:  PETITION TO REVOKE SUPERVISED RELEASE,** *Filed on Shortened Time* |

       Defendant, Christopher Adam Newman, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order continuing the evidentiary hearing now set for Wednesday, February 27, 2008, for a period of 30 days.  This motion is non-opposed by Assistant United States Attorney Audrey Renschen.

       In making this motion the parties generally recognize that the most significant allegation, possession of child pornography, is a very serious charge and is very likely to be the subject of upcoming grand jury proceedings.  It also raises complex questions of proof and fact that cannot be properly investigated by Mr. Newman without additional time to prepare.  Furthermore, it appears likely that the government's ongoing investigation will

produce additional images that could form the basis for additional allegations. As a result, the matter cannot be finally settled in a proceeding that occurs as early as February 27. In summary, the matter will not be ripe for final examination for at least the next several weeks.

It is anticipated that the revocation petition will generally travel alongside any charges that may result from the further investigation, including the upcoming March 2008 grand jury. Likewise, the possibility of agreed upon resolutions will be better addressed after the overall investigation is complete.

DATED this 26th day of February 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on February 26, 2008,
a copy of the **Non-opposed Motion
to Continue Evidentiary Hearing Re:
Petition to Revoke Supervised Release,
Filed on Shortened Time** was served
electronically on:

Audrey Renschen, Esq.

/s/ Michael D. Dieni

*United States v. Christopher Adam Newman*
Case No. 3:06-cr-00024-HRH                                                                                       Page 2