UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>           Defendant. | Case No. 3:06-cr-00024-HRH<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Non-opposed Motion to Continue Evidentiary Hearing Re: Petition to Revoke Supervised Release, *Filed on Shortened Time*, the motion is GRANTED.

IT IS HEREBY ORDERED that the evidentiary hearing set for Wednesday, February 27, 2008, is continued to _____, 2008, at _____ __.m.

DATED this ____ day of _____ 2008, in Anchorage, Alaska.

                                                                      _____<br>
                                                                         H. RUSSEL HOLLAND<br>
                                                                          U.S. DISTRICT JUDGE