Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>                Defendant. | Case No. 3:06-cr-00024-HRH<br><br>**AFFIDAVIT OF COUNSEL** |

        Michael Dieni, being first duly sworn upon oath, deposes and states:

        1.     I am the attorney appointed to represent the defendant in the above-captioned case.

///

///

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mike_dieni@fd.org

SUBSCRIBED and SWORN to before me this 26th day of February 2008.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on February 26, 2008,
a copy of the *Affidavit of Counsel*
was served electronically on:

Audrey Renschen, Esq.

/s/ Michael D. Dieni

*United States v. Christopher Adam Newman*
Case No. 3:06-cr-00024-HRH