IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiff,    )
                                  )
    vs.                           )
                                  )
CHRISTOPHER ADAM NEWMAN,          )
                                  )     No. 3:06-cr-0024-HRH
                    Defendant.    )
_____)
```

O R D E R

Motion to Reschedule Evidentiary Hearing

After due consideration of defendant's non-opposed motion,[1] filed on shortened time, to continue the evidentiary hearing on petition to revoke supervised release,[2] the motion is GRANTED.

IT IS HEREBY ORDERED that the evidentiary hearing set for February 27, 2008, is continued to Thursday, April 3, 2008, at 9:00 a.m.

DATED at Anchorage, Alaska, this 26th day of February, 2008.

s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 39.

[2] Docket No. 26.