Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>            Defendant. | Case No. 3:06-cr-0024-HRH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO VACATE AND CONTINUE EVIDENTIARY HEARING** |

	Defendant, Christopher Adam Newman, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a six-week continuance of the adjudication for the petition to revoke in the above-styled case, currently set for tomorrow, April 3, 2008.  The subject matter of the petition to revoke is the same as the pending criminal charge in Case No. 3:08-cr-0029-TMB, now set for trial on May 13, 2008.

	The parties, including Assistant U.S. Attorney Audrey Renschen, request that the adjudication of petition to revoke supervised release in this case, follow the trial in Case No. 3:08-cr-0029-TMB.

DATED this 2nd day of April 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on April 2, 2008,
a copy of the **Unopposed Motion
on Shortened Time to Vacate and
Continue Evidentiary Hearing** was
served electronically on:

Audrey Renschen, Esq.

and a copy was faxed to:

U.S. Probation Office

/s/ Michael D. Dieni