UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ADAM NEWMAN,<br><br>        Defendant. | Case No. 3:06-cr-0024-HRH<br><br>**PROPOSED ORDER** |

       After due consideration of Defendant's Unopposed Motion on Shortened Time to Vacate and Continue Evidentiary Hearing, the motion is GRANTED.

       IT IS HEREBY ORDERED that the evidentiary hearing currently set for April 3, 2008, is continued to _____, 2008, at _____ __.m.

       DATED this ____ day of April 2008 in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE