IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,      )
                               )
                    Plaintiff, )
                               )
    vs.                        )
                               )
CHRISTOPHER ADAM NEWMAN,       )
                               )      No. 3:06-cr-0024-HRH
                    Defendant. )
_____)
```

O R D E R

Motion to Reschedule Evidentiary Hearing

After due consideration of defendant's unopposed motion on shortened time to vacate and continue evidentiary hearing,[1] the motion is granted.

The evidentiary hearing currently set for April 3, 2008, is continued to Wednesday, May 28, 2008, at 9:00 a.m.

DATED at Anchorage, Alaska, this 3rd day of April, 2008.

                          s/ H. Russel Holland
                          United States District Judge

---

[1] Docket No. 42.

- 1 -