PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

**RECEIVED**

MAY 23 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

v.   Case No.   3:06-cr-00024-HRH

Christopher Adam Newman

It appearing that the above-named was placed on supervised release for a period of three years. On May 13, 2008, the defendant was found deceased in his jail cell at the Anchorage Correctional Complex, Anchorage, Alaska. The defendant's term of supervised release was to expire on July 26, 2010. It is accordingly recommended that Mr. Newman be discharged from supervision and that the proceedings in the case be terminated.

Respectfully submitted,

Redacted Signature            5/20/08

Beth A. Mader                  Date
U.S. Probation/Pretrial Services
Officer

Redacted Signature

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this **22** day of **May**, 20**08**.

REDACTED SIGNATURE

H. Russel Holland
Senior U.S. District Court Judge